**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1906**

---

GEORGE PAUL LAROQUE,

        Plaintiff - Appellant,

    v.

SARA A. CONTI,

        Defendant – Appellee,

    and

MICHAEL D. WEST, Bankruptcy Administrator,

        Party-in-Interest,

JOHN A. NORTHEN, Trustee (Pty),

        Trustee,

ROBIN VIRGINIA HEINZE,

        Debtor.

---

**No. 09-1907**

---

GEORGE PAUL LAROQUE,

        Plaintiff - Appellant,

    v.

SARA A. CONTI,

                    Defendant – Appellee,

            and

MICHAEL D. WEST, Bankruptcy Administrator,

                    Party-in-Interest,

JOHN A. NORTHEN, Trustee (Pty),

                    Trustee,

ROBIN VIRGINIA HEINZE,

                    Debtor.

--------------------

**No. 09-1908**

--------------------

GEORGE PAUL LAROQUE,

                    Plaintiff - Appellant,

            v.

SARA A. CONTI,

                    Defendant – Appellee,

            and

MICHAEL D. WEST, Bankruptcy Administrator,

                    Party-in-Interest,

JOHN A. NORTHEN, Trustee (Pty),

                    Trustee,

ROBIN VIRGINIA HEINZE,

                    Debtor.

2

GEORGE PAUL LAROQUE,

       Plaintiff - Appellant,

    v.

SARA A. CONTI,

       Defendant – Appellee,

    and

MICHAEL D. WEST, Bankruptcy Administrator,

       Party-in-Interest,

JOHN A. NORTHEN, Trustee (Pty),

       Trustee,

ROBIN VIRGINIA HEINZE,

       Debtor.

GEORGE PAUL LAROQUE,

       Plaintiff - Appellant,

    v.

SARA A. CONTI,

       Defendant – Appellee,

    and

MICHAEL D. WEST, Bankruptcy Administrator,

Party-in-Interest,

JOHN A. NORTHEN, Trustee (Pty),

Trustee,

ROBIN VIRGINIA HEINZE,

Debtor.

---

**No. 09-1914**

---

GEORGE PAUL LAROQUE,

Plaintiff - Appellant,

v.

SARA A. CONTI,

Defendant – Appellee,

and

MICHAEL D. WEST, Bankruptcy Administrator,

Party-in-Interest,

JOHN A. NORTHEN, Trustee (Pty),

Trustee,

ROBIN VIRGINIA HEINZE,

Debtor.

4

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:08-cv-00564-NCT; 1:08-cv-00568-NCT;  1:08-cv-00595-NCT;  1:08-cv-00663-NCT;  1:09-cv-00078-NCT; 1:09-cv-00082-NCT)

Submitted:  December 17, 2009        Decided:  December 23, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

George Paul LaRoque, Appellant Pro Se.  Sara A. Conti, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, George Paul LaRoque appeals the district court's orders: (1) denying his motions to vacate the bankruptcy court's judgments and (2) granting the Appellee's motion to dismiss.  We have reviewed the record and find no reversible error.  Accordingly, we deny LaRoque's motion to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court.  LaRoque v. Conti, Nos. 1:08-cv-00564-NCT;  1:08-cv-00568-NCT;  1:08-cv-00595-NCT;  1:08-cv-00663-NCT;  1:09-cv-00078-NCT;  1:09-cv-00082-NCT)  (M.D.N.C. July 14, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED